UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROSIGHT GLOBAL INC.,

                    Plaintiff,

-v-

AMIMON, INC. *et al.*,

                    Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/17

No. 16-cv-8171 (RJS)
REFERRAL ORDER

RICHARD J. SULLIVAN, District Judge:

      The above entitled action is referred to Magistrate Judge Peck for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Disputes

      Purpose: _____

_X_ Settlement: The parties shall contact Magistrate Judge Peck to schedule a settlement conference by: <u>March 13, 2017</u>.

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

      Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motions (i.e., motion requiring Report and Recommendation)

SO ORDERED.

Dated:     January 23, 2017
              New York, New York

                                                                          _____
                                                                          RICHARD J. SULLIVAN
                                                                          UNITED STATES DISTRICT JUDGE